Susan Aranoff, Respondent, v Gerald Aranoff, Appellant.

Submitted July 9, 2012; decided September 6, 2012

Motion for leave to appeal dismissed upon the ground that it does not lie from the Appellate Division order, appellant having previously moved for leave to appeal to the Court of Appeals (93 NY2d 1000 [1999]) from the same Appellate Division order from which leave to appeal is currently sought (*see 166 Archer Ave. Co., LLC v New York City Health & Hosps. Corp.*, 15 NY3d 839 [2010]).

Archer Capital Fund, L.P., Respondent, v Eagle Realty, LLC, et al., Appellants, et al., Defendants.

Submitted June 18, 2012; decided September 6, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Archer Capital Fund, L.P., Respondent, v GEL, LLC, et al., Appellants, et al., Defendants.

Submitted June 18, 2012; decided September 6, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Kelly Ashmore, Respondent, v Benjamin Ashmore, Appellant.

Submitted August 6, 2012; decided September 6, 2012

Motion for reargument of motion for leave to appeal denied [*see* 19 NY3d 807 (2012)].

Chief Judge Lippman taking no part.